# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN
# MILWAUKEE DIVISION

| | |
|---|---|
| LINDA SIEBER, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br>vs.<br><br>CAWLEY & BERGMANN, LLP and CAVALRY SPV I, LLC,<br><br>        Defendants. | Case No.: 15-cv-988<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE**<br><br>Hon. Pamela Pepper |

THE PLAINTIFF, Linda Sieber, by counsel, Ademi & O'Reilly LLP, hereby gives notice pursuant to Rule 41 of the Federal Rules of Civil Procedure that this action is dismissed with prejudice and without costs to either party. No class has been certified in this case, and therefore Rule 23(e) of the Federal Rules of Civil Procedure does not apply. Further, the Defendants, Cawley & Bergmann, LLP, and Cavalry SPV I, LLC, have not served an answer or motion for summary judgment, and therefore, dismissal does not require a court order, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Dated this 30th day of October 2015.     By:     <u>s/ Mark A. Eldridge</u>
                                                                          Mark A. Eldridge (SBN: 1089944)
                                                                          ADEMI & O'REILLY, LLP
                                                                          3620 East Layton Avenue
                                                                          Cudahy, WI 53110
                                                                          meldridge@ademilaw.com
                                                                          tel (414) 482-8000
                                                                          fax (414) 482-8001